UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-80289-CIV-MIDDLEBROOKS/JOHNSON

GUCCI AMERICA, INC., a New York
Corporation, BALENCIAGA CORPORATION
FRANCE, a foreign business entity, BOTTEGA
INTERNATIONAL, S.A.R.L, a foreign business
Entity,

    Plaintiffs,
vs.

HETTY FELDMAN PALANT A/K/A
HETTY PALANT D/B/A DESIGNS BY
HETTY and DOES 1-10,

    Defendants.
_____/

## ORDER

This Cause comes before the Court upon the parties' Joint Motion for Enlargement of time to Comply With the Court's Order Dated March 20, 2008, Regarding Filing of Stipulated Consent Final Judgment and Permanent Injunction (DE 24). Having reviewed the record and being otherwise fully informed in the premises, it is

**ORDERED AND ADJUDGED** that the Motion (DE 24) is GRANTED. The parties shall file their Stipulated Consent Final Judgment and Permanent Injunction in this matter on or before **March 31, 2008**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 28 day of March, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record